1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHAVOUGUE A. MASON,                          No.  2:14-cv-01041 MCE AC P

12                   Plaintiff,

13           v.                                     ORDER

14    M. L. MARTINEZ, et al.,

15                   Defendants.

16

17           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  On April 22, 2015,[1] he filed a motion to compel discovery.  ECF No. 29.

19    Although the deadline for discovery motions was April 10, 2015 (ECF No. 19), the court will

20    consider plaintiff's motion timely and require the defendants to respond.

21           Accordingly IT IS HEREBY ORDERED that:

22           1.  Plaintiff's motion to compel discovery (ECF No. 29) is deemed timely filed.

23    ////

24    ////

25    ////

26    ////

27    _____

28    [1]  Plaintiff's filing date was determined using the prison mailbox rule. See Houston v. Lack, 487
      U.S. 266 (1988).

                                                    1

1          2.  Defendants shall have twenty-one days from the date of this order to respond to

2    plaintiff's motion to compel.

3    DATED: April 29, 2015

4                                                    _____
                                                     ALLISON CLAIRE
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28