UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVOUGUE A. MASON, | No. 2:14-cv-1041 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M.L. MARTINEZ, et al., | |
| Defendants. | |

By order filed December 19, 2014, the deadline for completing discovery was set for April 10, 2015, and the pretrial motion deadline was set for July 10, 2015. ECF No. 19 at 5. On March 2, 2015, defendants filed a motion for partial summary judgment based on plaintiff's failure to exhaust his administrative remedies (ECF No. 22) and on April 22, 2015, plaintiff filed a motion to compel (ECF No. 29). Defendants then requested that the deadline for pretrial motions be modified (ECF No. 35) and the July 10, 2015 pretrial motion deadline was vacated, to be re-set upon resolution of the motions for partial summary judgment and to compel (ECF No. 36). This court proceeded to issue findings and recommendations on the summary-judgment motion (ECF No. 42) and, in ruling on the motion to compel, denied plaintiff's request to re-open discovery (ECF No. 48 at 15). The findings and recommendations on the motion for partial summary judgment have now been adopted in full by the district judge. ECF No. 50. Since the partial motion for summary judgment and motion to compel have been resolved and discovery in

1

this matter remains closed, the court will now set a new deadline for pretrial motions to allow the parties an opportunity to file merit-based motions for summary judgment.

Accordingly, IT IS HEREBY ORDERED that the parties shall have until May 27, 2016, to file pretrial motions.

DATED: April 12, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE